UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH E. LANGFORD, JR.,** | ) |
| Petitioner, | ) |
| v. | ) Civil Action Number: 2:10-cv–02819-RDP |
| **WARDEN MARCRUM and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

### FINAL ORDER

In accordance with the Memorandum Opinion contemporaneously filed herewith, it is hereby **ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

Costs are taxed to the petitioner.

**DONE** and **ORDERED** this    22nd    day of January, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE